**Attachment B to Proposed Case Management Plan**

Plaintiff's Damages

**Total Damages:**

| | |
|---|---|
| Unlawful Termination – Back Pay (see below) | $107,983 |
| Unlawful Termination – Front Pay (based on 2023 compensation) $65,358 x 10= | $650,358 |
| Emotional Distress | $100,000 |
| Attorneys' Fees | $14,000 |
| Costs | $498 |
| **Total:** | **$872,839** |

**Back Pay Calculation:**

| Year | Comp due from CUNY* | Actual Earnings | Lost Wages |
|---|---|---|---|
| 2023 | $65,358 | $42,804 | $22,554 |
| 2024 | $65,358 | $12,608** | $52,750 |
| Jan-June 2025 | $32,679 | $0 | $32,679 |
| **Total:** | | | **$107,983** |

*Based on 2023 compensation (Plaintiff's last full year of employment)

**Mitigation