

| Office of the New York State | Letitia James |
|---|---|
| Attorney General | Attorney General |

February 24, 2026

<u>Via ECF</u>
The Honorable Hector Gonzalez
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   *Schwalb v. City University of New York*, 25 Civ. 2616 (HG)

Your Honor:

    This Office represents Defendant City University of New York ("CUNY" or "Defendant")[1] in the above-referenced matter. I write regarding Defendant's response to Plaintiff's 56.1 Statement (ECF No. 28), filed February 23, 2026 as part of Plaintiff's opposition to Defendant's pre-motion submission.

    Because we understand the Court's Individual Practices do not permit a reply on the pre-motion submissions, Defendant intends to respond to Plaintiff's 56.1 Statement as part of Defendant's subsequent motion once the Court sets a briefing schedule. However, if the Court would prefer Defendant's response in advance of the motion for summary judgment, we respectfully request until March 10, 2026 to file Defendant's response.

    We thank the Court for its time and attention to this matter.

                                         Respectfully submitted,

                                           /s/
                                       Elyce N. Matthews
                                       Assistant Attorney General
                                       (212) 416-8910
                                       Elyce.Matthews@ag.ny.gov

---

[1]     Queens College is a senior college in the CUNY system and is not a "legally cognizable entity apart from CUNY." *Clissuras v. City Univ. of N.Y.*, 359 F.3d 79, 81 n.2 (2d Cir. 2004) (per curiam), cert. denied, 543 U.S. 987 (2004).