

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

March 2, 2026

<u>Via ECF</u>
The Honorable Hector Gonzalez
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Schwalb v. City University of New York*, 25 Civ. 2616 (HG)

Your Honor:

  This Office represents Defendant City University of New York ("CUNY")[1] in the above-referenced matter. On February 27, 2026, the Court referred the parties to the Court-annexed mediation program. I write jointly with Plaintiff to respectfully request that, to conserve resources, the parties be referred to a magistrate judge for a settlement conference in lieu of the EDNY mediation program.

  We thank the Court for its consideration of this request.

              Respectfully submitted,

              /s/
              Elyce N. Matthews
              Assistant Attorney General
              (212) 416-8910
              Elyce.Matthews@ag.ny.gov

---

[1]  Queens College is a senior college in the CUNY system and is not a "legally cognizable entity apart from CUNY." *Clissuras v. City Univ. of N.Y.*, 359 F.3d 79, 81 n.2 (2d Cir. 2004) (per curiam), cert. denied, 543 U.S. 987 (2004).