UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

HELEN SCHWALB,

*Plaintiff,*

- against -

CITY UNIVERSITY OF NEW YORK, QUEENS COLLEGE,

Defendant.

**PLAINTIFF'S RESPONSES TO DEFENDANT'S STATEMENT OF MATERIAL FACTS PURSUANT TO LOCAL RULE 56.1 and PLAINTIFF'S COUNTERSTATEMENT OF MATERIAL FACTS**
25 Civ. 2616 (HG)

Pursuant to Rule 56.1 of the Local Civil Rules of the Eastern and Southern District of New York, Plaintiff Helen Schwalb ("Plaintiff"), by her attorney, Joseph & Kirschenbuam LLP, hereby submits the following responses to Defendant's Statement of Material facts and Plaintiff's Counterstatement of Material Facts.

**A. Plaintiff and Her Employment at Queens College**

1. Plaintiff Helen Schwalb ("Plaintiff") was hired as an adjunct lecturer in the Accounting and Information Systems Department (the "AIS Department" or "Department") at Queens College in 2012. First Amended Complaint, dated June 12, 2025 ("Compl."), ¶ 11 (ECF No. 10); Deposition of Plaintiff Helen Schwalb, taken on October 27, 2025 ("Pl. Dep."), at 27:2-5 (Ex. A to Declaration of Elyce N. Matthews, dated January 16, 2026 ("Matthews Decl.")). She was hired for a semester term and was subsequently reappointed multiple times through 2017.

**Response**: Admit.

2. Plaintiff was reappointed for a three-year term in 2017, for the term Fall 2017 – Spring 2020, and was reappointed again in June 2020, for the term Fall 2020 – Spring 2023. Pl. Dep., at 27:17-22 (Ex. A to Matthews Decl.).

**Response**: Admit.

**B. The AIS Department**

3. Between 2022 and 2023, the Department hired seven full-time faculty members: four tenure-track faculty members and three full-time lecturers. Declaration of Ivy Huang, dated January 14, 2026 ("Huang Decl."), ¶¶ 3, 4; Deposition of CUNY's 30(b)(6) witness, Ekaterina Pechenkina, taken on November 21, 2025 ("CUNY 30(b)(6) Dep.") at 22:3-12 (Ex. B to Matthews Decl.).

**Response**: Admit. And *see* CUNY 30(b)(6) Dep. Tr. at 22:23-23:6 (stating at least two of the full-time lecturers were hired after Plaintiff's non-renewal) (Ex. A to Seliger Decl.)

4. Between 2015 and 2023, enrollment in the Department's classes decreased by approximately 50%. April 24 and May 1, 2023 Emails from Ivy Huang to P&B Committee (Bates No. CUNY 00000396 – 00000399 and CUNY 00000430 – 00000431) (Ex. A to Huang Decl.).[1]

**Response**: Admit.

5. When a department has lower enrollment, it has fewer students and, thus, it offers fewer classes. CUNY 30(b)(6) Dep. at 21:19-22:2 (Ex. B to Matthews Decl.).

**Response**: Admit.

6. For example, as the Queens College Course Information System shows, the Department's numbers reflected lower enrollment and fewer course offerings during this period: in Fall 2021, the Department offered 111 course sections (with an enrollment of 3,292); in Fall 2022, the Department offered 101 course sections (with an enrollment of 2,522); in Fall 2023, the Department offered 84 course sections (with an enrollment of 2,212); and in Fall 2024, the Department offered 74 course sections (with an enrollment of 2,209). Huang Decl. ¶ 11.

---

1 These documents were produced as Excel spreadsheets; for filing purposes, they were converted to PDF. We are happy to provide the Court with a copy of the documents as Excel spreadsheets.

**Response**: Admit.

**C. Plaintiff's Non-Reappointment in May 2023**

7. In Spring 2023, Plaintiff's three-year appointment was coming to an end, and she was under consideration for a new three-year appointment in the AIS Department at Queens College, along with ten other adjunct faculty members whose three-year appointments were ending. April 24 and May 1, 2023 Emails from Ivy Huang to P&B Committee (Bates No. CUNY 00000396 – 00000399 and CUNY 00000430 – 00000431) (Ex. A to Huang Decl.).

**Response**: Admit.

8. The decision of which adjuncts in the AIS Department are reappointed or non-reappointed to three-year appointments is made by the Department's Personnel and Budget Committee ("P&B Committee"). Deposition of Ivy Huang, taken on November 11, 2025 ("Huang Dep.") at 27:25-28:11; 32:11-33:5 (Ex. C to Matthews Decl.); Huang Decl. ¶ 6.

**Response**: Admit.

9. There is no presumption of continuous appointments for adjunct professors. Appendix E to the Agreement between the City University of New York and the Professional Staff Congress/CUNY (Bates No. CUNY 240) (Ex. D to Matthews Decl.).

**Response**: Admit, and *see* Appendix E to the Agreement between the City University of New York and the Professional Staff Congress/CUNY (Bates No. CUNY 240) (Ex. D to Matthews Decl.) at ¶ 4-5, stating "[CUNY Adjuncts] shall be considered for a subsequent three-year appointment, subject to a comprehensive review of the adjunct's performance and an assessment of the fiscal and programmatic needs of the department and/or the college."

10. In May 2023, the members of the Department's P&B Committee were Arthur

Adelberg, Barry Leibowicz, Ivy Huang, Fang Sun, and Tao Sun. Huang Dep. at 36:22-25; 86:21-87:4 (Ex. C to Matthews Decl.); Huang Decl. ¶ 8. Ivy Huang was the Department Chair. Huang Dep. at 9:23-25 (Ex. C to Matthews Decl.); Huang Decl. ¶ 1.

**Response**: Admit.

11. In advance of the P&B Committee's vote on the reappointment of the eleven adjuncts up for consideration, Dr. Huang provided the P&B Committee data regarding, *inter alia*, the names of the eleven adjuncts who were eligible for new three-year appointments, the teaching specializations of full-time faculty members, and the Department's course assignments for the period 2020 – 2023. April 24 and May 1, 2023 Emails from Ivy Huang to P&B Committee (Bates No. CUNY 00000396 – 00000399 and CUNY 00000430 – 00000431) (Ex. A to Huang Decl.).

**Response**: Admit.

12. In the Spring 2023, the Department was informed by the Dean that it should anticipate a 15-20% budget decrease for the academic year beginning in the Fall 2023 (2023-24). April 24 and May 1, 2023 Emails from Ivy Huang to P&B Committee (Bates No. CUNY 00000396 – 00000399 and CUNY 00000430 – 00000431) (Ex. A to Huang Decl.).

**Response**: **Deny.** The evidence cited does not support the statement that the Department was informed by the Dean in Spring 2023 that it should anticipate a 15-20% budget decrease for the academic year beginning in Fall 2023 (2023-24). Rather, it shows Ivy Huang stating that the Department must make a 15-20% reduction in budget. See, also, March 22, 2023 Email from CUNY Chancellor Felix V. Matos Rodriguez to CUNY Presidents and Deans (Bates No. CUNY00000432 - CUNY00000434) (Ex. C to Seliger Decl.) announcing to all Presidents and Deans that they must take steps to reduce spending by 5.5% to 7%.

13. Generally, when the Department has a budget cut, it means that the Department decreases the number of courses offered. Huang Dep. at 78:2-11 (Ex. C to Matthews Decl.); Huang Decl. ¶¶ 10, 11.

**Response**: Admit.

14. In the Spring 2023, when considering whether to reappoint the adjunct professors whose appointments were ending, the P&B Committee looked at the teaching specializations of full-time faculty members, because full-time faculty members are contractually obligated to teach a specific number of classes each semester pursuant to the union contract. Huang Dep. at 68:22-70:20 (Ex. C to Matthews Decl.); Huang Decl. ¶¶ 9, 13.

**Response**: Admit.

15. Of the 20 full-time faculty members in the Department, 16 of them specialized in Financial Accounting, meaning they could teach Financial Accounting classes. April 24 and May 1, 2023 Emails from Ivy Huang to P&B Committee (Bates No. CUNY 00000396 – 00000399 and CUNY 00000430 – 00000431) (Ex. A to Huang Decl.); Huang Decl. ¶ 13; CUNY 30(b)(6) Dep. at 27:7-22 (Ex. B to Matthews Decl.).

**Response**: Admit.

16. The P&B Committee looked at the adjunct professors' course assignments for the previous six semesters to determine which classes should be re-assigned to full-time faculty members. Huang Dep. at 68:22-70:20 (Ex. C to Matthews Decl.); Deposition of Arthur Adelberg, taken on November 12, 2025 ("Adelberg Dep.") at 13:21-14:21 (Ex. E to Matthews Decl.); CUNY 30(b)(6) Dep. at 40:19-42:5 (Ex. B to Matthews Decl.); Huang Decl. ¶ 13; Declaration of Arthur Adelberg, dated January 14, 2026 ("Adelberg Decl."), ¶ 12.

**Response**: Admit.

17. In the Spring 2023, after looking at the teaching specializations of the full-time faculty and the prior course assignments for adjunct faculty, the P&B Committee voted to reappoint five adjunct professors in the Department to three-year appointments and to non-reappoint six professors in the Department. Huang Decl. ¶¶ 16, 17; Adelberg Decl. ¶¶ 11, 12.

**Response**: Admit.

18. The Department voted to non-reappoint six adjunct professors, four of whom had taught only financial or managerial accounting courses in the prior three academic years, because those courses could be taught by the Department's full-time faculty. Huang Decl. ¶ 17; Adelberg Decl. ¶ 12. Specifically, in the previous three years, Plaintiff had only taught financial accounting courses, and the Department had recently hired full-time faculty who were able to teach those courses.

**Response**: Admit that the Department voted to non-reappoint six adjunct professors, four of whom had taught only financial or managerial accounting courses in the prior three academic years. Deny that the reason was because those courses could be taught by the Department's full-time faculty. See Huang Dep. at 98:12-15 (stating Mark Mazzo was given Plaintiff's courses) (Ex. B to Seliger Decl.).

19. The Department reappointed five adjunct professors, because their services were still needed due to their teaching specialties, including both subject-matter and level (graduate vs. undergraduate). Huang Decl. ¶ 16; Adelberg Decl. ¶ 17; CUNY 30(b)(6) Dep. at 27:7-28:13 (Ex. B to Matthews Decl.).

**Response**: Deny. Adjunct teaching specialties were not considered, the P&B Committee only looked at the courses the Adjuncts taught during the previous three years, which did not represent the actual teaching specialties of the Adjuncts. Huang Dep. at 68:22-69:19

(Ex. B to Seliger Decl.)

20. The P&B Committee, including Arthur Adelberg, Barry Leibowicz, and Tao Sun unanimously voted to non-reappoint Plaintiff. Huang Decl. ¶¶ 8, 15, 17; Adelberg Decl. ¶¶ 5, 9.

**Response**: Admit.

21. Arthur Adelberg and Barry Leibowicz were on the P&B Committee in 2020 when the P&B Committee voted to appoint Helen Schwalb to a second three-year appointment. Huang Decl. ¶ 7; Adelberg Decl. ¶ 13.

**Response**: Admit.

22. The P&B Committee did not discuss the religion of any adjunct faculty member during the reappointment consideration process nor did religion play a role in the Committee's decision to vote to reappoint or non-reappoint any of the adjunct faculty members. Huang Decl. ¶ 19; Adelberg Decl. ¶ 14.

**Response**: Deny. Plaintiff lacks knowledge sufficient to admit or deny what the P&B Committee discussed during the reappointment consideration process. Deny that religion did not play a role in the Committee's decision to vote to reappoint or non-reappoint any of the adjunct faculty members because five out of six non-reappointed Adjuncts were Jewish. *See* Schwalb Dep. at 53:3-54:10 (Ex. D to Seliger Decl.) (stating five out of the six non-reappointed Adjuncts were Jewish).

## PLAINTIFF'S COUNTERSTATEMENT OF MATERIAL FACTS

1. The courses Plaintiff had taught for the three years prior to her non-reappointment were not cancelled, rather they were given to Mark Mazzo, who had been a part-time Adjunct while Plaintiff was employed by CUNY. Huang Dep. at 42:13-22 (Ex. B to Seliger Decl.)

2. The course Plaintiff was scheduled to teach in the fall of 2023 was highly enrolled at the time of Plaintiff's non-renewal. Schwalb Decl. (Ex. E to Seliger Decl.)

3. The course Plaintiff was scheduled to teach in the fall of 2023 was given to Mark Mazzo, who had been a non-Jewish Adjunct whose three-year appointment was up for renewal in 2023. Huang Dep. at 42:13-22; CUNY's Responses to Plaintiff's First Set of Interrogatories at p. 13 (Ex. F to Seliger Decl.).

4. Plaintiff could teach and did teach courses other than Financial Accounting at CUNY, including Managerial Accounting, Auditing, Governmental Accounting, and Taxation. Schwalb Dep. 60:15-19 (Ex. D to Seliger Decl.)

5. Defendant has a hiring strategy and policy of "increasing the diversity" of its faculty, meaning hiring faculty with an awareness of their "background" and whether it is similar to the backgrounds of existing faculty members. Specifically, the directive to CUNY Presidents and Deans was "It is important to remember that one objective of these allocations [of funding for hiring new faculty] is to increase the diversity of our faculty in both tenure-track and lecturer lines, and that you and other leaders on your campuses are responsible for advancing these goals." Exhibit 5 to CUNY 30(b)(6) Dep. (CUNY 00000480-CUNY 00000481) (Ex. G to Seliger Decl.)

6. Defendant's stated hiring strategy for lecturers in Fall 2023 states seven goals, one of which is to "[a]dvance the diversification of CUNY faculty." Exhibit 4 to CUNY 30(b)(6) Dep. (CUNY 00000477-CUNY 00000479) (Ex. H to Seliger Decl.)

7. Professor Barry Liebowicz frequently made remarks about Jews, Judaism, and his disdain for both. Schwalb Dep. at 37:19-39:17 (Ex. D to Seliger Decl.)

8. Huang has been in the AIS department since 2010 and chair of the Department since the

Fall of 2022. (Huang Dep. 9:11-25, 25:20-22) (Ex. B to Seliger Decl.)

9. Jian Xiao was an Adjunct hired as a Lecturer in 2022. Huang Dep. 39:24-40:6 (Ex. B to Seliger Decl.).

10. When the Department was hiring two new Lecturers in 2023, the P&B Committee was open to applicants with any specialization. Huang Dep. at 52:20-53:24 (Ex. B to Seliger Decl.)

11. There were some full-time lecturers retiring from the Department, so that is partially the reason the Department was hiring new full-time faculty in 2022 and 2023. Huang Dep. at 47:17 – 48:16 (Ex. B to Seliger Decl.)

12. When assessing the Adjuncts in 2023 to determine which Adjunct contracts would be renewed, the Department was aware of the specializations of the Adjuncts but focused on what the Adjuncts had taught during the previous three years. Huang Dep. at 67:19-68:8, 70:21-25 (Ex. B. to Seliger Decl.)

13. Plaintiff consistently took off for the Jewish holidays during her 11 years of employment with Defendant. Schwalb Decl. at ¶5 (Ex. E to Seliger Decl.)

14. The Department was not given an instruction as to how many Adjuncts they could keep, they were given a budget. Huang Dep. at 76:5-22; 78:15-21 (Ex. B. to Seliger Decl.).

15. The amount of the budget cut comes from the Dean. Huang Dep. at 78:22-79:3 (Ex. B. to Seliger Decl.).

16. There was an initiative to convert adjuncts to full time. Huang Dep. at 91:16-20 (Ex. B. to Seliger Decl.).

17. In 2023, the job openings for full-time lecturer positions were not posted internally in the Department. Schwalb Decl. ¶ 4 (Ex. E to Seliger Decl.)

18. Scott Ruthizer was part of the search committee for the full-time job openings in the

Department in 2023. Huang Dep. at 42:13-43:15, 55:12-19 (Ex. B to Seliger Decl.).

19. Scott Ruthizer knew Plaintiff is Jewish. Schwalb Decl. ¶ 6 (Ex. E. to Seliger Decl.)

20. Ivy Huang knew the religious identity of at least some of the Jewish faculty in the Department. Huang Dep. at 106:14-108:2, 109:14-110:2 (Ex. B to Seliger Decl.).

21. Helen told Mark Levine – she doesn't want to be observed by Scott Ruthizer. Condescending and patronizing. Did you speak Yiddish at home? [add to affirmation]

22. He checked her to see if she's wearing a wig. Really, I'm going to check this out. He's 10 years older. Same age as Kumar.

23. Four full-time professors in the Department retired in 2022. CUNY 00000484-00000486, CUNY 00000504-00000506. (Exs. I – J to Seliger Decl.)